IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH and KEREN BYRNE,

        Plaintiffs,

v.

RAND BEERS, et al.,

        Defendants.

CIVIL ACTION
NO. 13-6953

## ORDER

**AND NOW**, this 17th day of June 2014, upon consideration of the Complaint (Doc. No. 1), Defendants' Motion to Dismiss or Motion for Summary Judgment in the Alternative (Doc. No. 6), Plaintiffs' Response in Opposition and Cross-Motion for Summary Judgment (Doc. No. 7), Defendants' Reply in Further Support of their Motion (Doc. No. 9), all related filings and exhibits, the arguments made by counsel for the parties at a hearing on the Motions held on March 20, 2014, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

    1.    Defendants' Motion for Summary Judgment (Doc. No. 6) is **GRANTED**.

    2.    Plaintiffs' Cross-Motion for Summary Judgment (Doc. No. 7) is **DENIED**.

    3.    The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.